**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON KEITH STREET,<br><br>             Petitioner,<br><br>    v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>             Respondent. | Case No. CV 18-7734 MEMF (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: February 17, 2023

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge